**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Candelario Rios Castillo et al, | ) | No. CV 10-1132-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Goodyear Tire & Rubber Company, | ) | |
| Defendant. | ) | |

The court has before it a "Joint Motion to Amend Scheduling Order" (doc. 32). The parties ask that we adjust the dates for the disclosure of expert testimony. However, the deadline has already expired and the parties have failed to show excusable neglect under Rule 6(b)(1)(B), Fed. R. Civ. P., let alone good cause under Rule 16(b)(4), Fed. R. Civ. P. A review of the docket shows that very little has been done since the Rule 16 conference on October 22, 2010.

Under these circumstances, we would ordinarily simply deny the motion. However, the extensions sought are modest and have no effect on the remainder of the Rule 16 Schedule. Accordingly, it is ORDERED amending paragraph 4 of the Rule 16 Order (doc.21), such that plaintiffs' expert disclosure date is extended from March 4, 2011 to April 13, 2011, defendant's expert disclosure date is extended from April 4, 2011 to May 20, 2011 and the rebuttal expert disclosure date is extended from May 4, 2011 to June 1, 2011. (Doc.

32).  Neither these extensions nor their consequences will be offered as a reason to amend any other dates in the Rule 16 Order. We invite the parties' attention to the second paragraph on page 1 of that Order.

DATED this 22nd day of March, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge